BRITT v. HAYES

No. 115PA01

Case below: 140 N.C. App. 262

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 3 May 2001. Conditional petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 3 May 2001.

CLARK v. SANGER CLINIC, P.A.

No. 205P01

Case below: 142 N.C. App. 350

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 3 May 2001. Conditional petition by defendant for discretionary review pursuant to G.S. 7A-31 dismissed as moot 3 May 2001.

DAWKINS v. SALE

No. 145P01

Case below: 142 N.C. App. 212

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 3 May 2001.

FINNEY v. STUDEVENT

No. 53P01

Case below: 141 N.C. App. 149

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 23 April 2001.

FURR v. K-MART CORP.

No. 173P01

Case below: 142 N.C. App. 325

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 May 2001.